394 A.2d 602
**Margaret M. CARBAUGH, Appellant,**

v.

**Jeanne MARINELLI.**

Superor Court of Pennsylvania.

Argued Dec. 13, 1977.
Decided Dec. 7, 1978.

A. Roy DeCaro, Upper Darby, for appellant.

Gregory J. Polischuk, Chester, with him Arthur Levy, Chester, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

OPINION

PER CURIAM:

Order affirmed.

CERCONE, J., dissents.

WATKINS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.